## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHONDA LYNN EDINGER,**  :<br>Plaintiff,  :<br>v.  :<br>**ANDREW SAUL,**  :<br>**Commissioner of Social Security,**[*]  :<br>Defendant.  : | **CIVIL ACTION NO. 18-1001** |

## ORDER

Plaintiff Rhonda Lynn Edinger seeks judicial review, pursuant to 42 U.S.C. § 405(g), of the final decision of the Commissioner of the Social Security Administration ("the Commissioner"), denying her claims for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") benefits under Titles II and XVI of the Social Security Act. The Court referred the case to United States Magistrate Judge Richard A. Lloret, who has issued a Report and Recommendation ("R&R") that Plaintiff's request for review be denied.

Edinger has not filed objections to the R&R. After an independent review of the record and the R&R, the Court concludes that the ALJ's decision was supported by substantial evidence.

**AND NOW**, this 7th day of January 2020, upon careful and independent consideration of Plaintiff's Complaint,[1] the Answer to the Complaint,[2] Plaintiff's Brief in Support of Complaint,[3] the Commissioner's Response to Request for Review,[4] the Social Security Administrative Record,[5] and all related filings, and upon review of the R&R of United States Magistrate Judge Richard A. Lloret, it is hereby **ORDERED** that:

---

[*] Substituted pursuant to Fed. R. Civ. P. 25(d).
[1] Doc. No. 3.
[2] Doc. No. 6.
[3] Doc. No. 10.
[4] Doc. No. 13.
[5] Doc. No. 7.

1. The R&R [Doc. No. 15] is **APPROVED AND ADOPTED**;

2. The Complaint will be dismissed by separate Order.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**